WEEKS & LAIRD PLLC
2223 E. Speedway Blvd.
Tucson, AZ  85719
Tel 520-318-1209
Fax 520-327-3118
Brian A. Laird, SBN 020541
Laird@WeeksLaird.com
Stephen M. Weeks, SBN 020726
Weeks@WeeksLaird.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN J. BLOMQUIST and SHARYL V. CUMMINGS, husband and wife<br>PLAINTIFFS,<br>v.<br><br>TOWN OF MARANA, an Arizona Municipal Corporation, T. P. ("Terry") and JANE DOE TOMETICH, husband and wife, JOHN DOE BENNETT and JANE DOE BENNETT, husband and wife, JOHN DOE RITTER and JANE DOE RITTER, husband and wife, ROBERTO (Able - Last Name Unknown) and JANE DOE ABLE, husband and wife, JOHN DOE FANE and JANE DOE FANE, husband and wife, M. WILLIAMS and JANE DOE WILLIAMS, husband and wife, JOHN DOE MONTGOMERY and JANE DOE MONTGOMERY, husband and wife, TIM BRUNENKANT and JANE DOE BRUNENKANT, husband and wife, FRANK CASSIDY and JANE DOE CASSIDY, husband and wife; JOHN and JANE DOES 1-100, Marana Town Officials involved in the underlying wrongful acts,<br>DEFENDANTS. | CASE NO.: CV-09-671-TUC-DCB<br><br>**NOTICE OF SERVICE** |

1

Plaintiffs provide notice that their Rule 26(A)(1) Initial Disclosure Statement was served on Defendants via U.S. mail on April 2, 2010 by service on their attorney of record Andrew Petersen at the address below.

**RESPECTFULLY SUBMITTED** this   2nd   day of   April , 2010.

                      WEEKS & LAIRD PLLC

                            **/s/ Stephen Weeks**
                      By:_____
                          Stephen M. Weeks
                          Attorney for Plaintiffs

The foregoing was served 04/02/10
by ECF Notice Delivery to:

Andrew Petersen
Humphrey & Petersen PC
3861 E 3rd St
Tucson AZ 85716-4646
Attorneys for Defendants