UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Steven J. Blomquist, et al., ) <br>                 Plaintiffs, ) <br> v. ) <br> Town of Marana, et al., ) <br>                 Defendants. ) <br> _____ ) | CV-09-671-TUC-DCB <br><br> **SCHEDULING ORDER** |

The Court reviewed the parties' Joint Case Management Plan and conducted a Scheduling Conference on April 26, 2010.

Accordingly,

**IT IS ORDERED** that the parties abide by the following schedule and rules:

1. The parties shall simultaneously disclose all expert witnesses and reports on **October 29, 2010.** The parties shall simultaneously disclose all rebuttal expert witnesses and reports on **December 3, 2010**. The parties shall simultaneously disclose all lay witnesses on **December 3, 2010**.

2. All discovery shall be completed by **February 4, 2011**. Counsel are reminded that they are not to file the actual disclosures with the Court, just the notices of disclosure, pursuant to the Rules of Practice of the United States District Court for the District of Arizona (Local Rules), LRCiv 5.2. Discovery is governed by the Federal Rules of Civil Procedure in regard to limitations on interrogatories and depositions. Leave of Court is required for any divergence from the federal rules. Interrogatories must be submitted sufficiently in advance to permit the opposing party to answer before the discovery deadline,

thereby giving the party submitting the interrogatories sufficient time to undertake discovery made necessary by the answers.

In the event of a dispute over discovery matters, counsel are cautioned to first engage in personal consultation regarding the dispute and to make a sincere effort to resolve the conflict. *See* Local Rule 7.2(j). Counsel should act to resolve discovery disputes quickly. If such efforts fail, Counsel should then **jointly** call the Judge's law clerk to arrange a schedule for resolving the dispute expeditiously.

3. Dispositive motions shall be filed by **March 4, 2011**. Dispositive motions shall be set for oral argument at the request of counsel. All other motions shall be set for oral argument, if requested by counsel, at the discretion of the Court. A party desiring oral argument on a motion shall request argument by placing "Oral Argument Requested" immediately below the title of the motion or response, pursuant to LR Civ 7.2(f). The Court will set oral argument accordingly.

When any pleadings or memoranda are appended with more than one exhibit, the exhibits shall be divided by tabbed dividers, and there shall be a table of contents for the exhibits. All documents submitted to the Court shall have two holes punched at the top-center using a standard two-hole punch. Additionally, all documents shall be secured on the left-hand side either by a staple or in some other fashion so that pages can be turned without the document falling apart. **This applies to the original and all copies.**

4. The parties shall file their joint proposed pretrial order by **April 1, 2011**. This date is held in abeyance if any dispositive motions are pending.

5. The pretrial conference will be set upon receipt of the joint proposed pretrial order. The attorneys responsible for trial of the lawsuit shall appear and participate in the Pretrial Conference. At the pretrial conference the Court will set the deadlines for filing and disposing of the following matters: proposed voir dire, jury instructions, trial memorandum, deposition testimony to be used at trial, and motions in limine.

6.  This action will be resolved by a jury trial. The trial date will be set at the Pretrial Conference.

7.  Court imposed discovery deadlines cannot be extended by counsel without Court approval.  Continuances will not be freely granted.  Any requests for extensions must be made in writing and made prior to the expiration of the time prescribed.  The request must identify whether it is opposed, the number of prior continuances requested, the discovery conducted to date, the anticipated discovery to be done if the request is granted, and the reasons why discovery has not been completed within the deadline.  **Motions to continue any Court imposed deadlines must be accompanied by a form of order for the Court's signature.  The form of Order must comply with LRCiv 7.1(b) (2).**

8.  In order to assist and promote settlement of the cases pending before this Court, cases may be referred to other district court judges for settlement conferences.  Should the parties wish to participate in a Settlement Conference, they are directed to contact the law clerk assigned to the case. In addition, the parties should notify the Court as soon as possible if they determine to pursue private mediation.

DATED this 27th day of April, 2010.

David C. Bury
United States District Judge