| | |
|---|---|
| **HUMPHREY & PETERSEN, P.C.** | file#87190.0257/1434 |
| 3861 E. THIRD STREET | |
| TUCSON, ARIZONA 85716 | |
| TELEPHONE: 520-795-1900 | |

Marshall Humphrey, III, State Bar No. 5098
marshall.humphrey@azbar.org
Andrew J. Petersen, State Bar No. 016699
andrew.petersen@azbar.org
Attorneys for Town of Marana, Tometich, Bennett, Ritter, Able, Fane, Williams, Montgomery, Brunenkant and Cassidy

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN J. BLOMQUIST and SHARYL V. CUMMINGS, husband and wife ) ) | CASE NO.: 4:09-CV-671 TUC DCB |
| Plaintiffs, ) | |
| v. ) | **NOTICE OF TAKING DEPOSITION** |
| TOWN OF MARANA, an Arizona Municipal Corporation, T. P. ("Terry") and JANE DOE TOMETICH, husband and wife, JOHN DOE BENNETT and JANE DOE BENNETT, husband and wife, JOHN DOE RITTER and JANE DOE RITTER, husband and wife, ROBERTO (Able - Last Name Unknown) and JANE DOE ABLE, husband and wife, JOHN DOE FANE and JANE DOE FANE, husband and wife, M. WILLIAMS and JANE DOE WILLIAMS, husband and wife, JOHN DOE MONTGOMERY and JANE DOE MONTGOMERY, husband and wife, TIM BRUNENKANT and JANE DOE BRUNENKANT, husband and wife, FRANK CASSIDY and JANE DOE CASSIDY, husband and wife; et al., ) | |
| Defendants. ) | |

**YOU ARE HEREBY NOTIFIED** that, pursuant to RCP 26 and 30, a deposition will be taken upon oral examination of the person whose name is stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

| | |
|---|---|
| 1 | **PERSON TO BE EXAMINED:** STEVEN J. BLOMQUIST |
| 2 | **DATE and TIME OF DEPOSITION:** JUNE 2, 2010 @ 9:00 A.M. |
| 3 | **PLACE OF DEPOSITION:** Colville & Associates |

Court Reporters
1309 E. Broadway Blvd.
Tucson, AZ 85719

DATED this 30th day of APRIL, 2010.

HUMPHREY & PETERSEN, P.C.

*s/Andrew J. Petersen*
BY: _____
ANDREW PETERSEN
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen M. Weeks
Weeks & Laird PLLC
2223 E. Speedway
Tucson AZ 85719
Attorney for Plaintiffs

COPY MAILED TO:

Colville & Associates
1309 E. Broadway
Tucson AZ 85719


*s/Andrew J. Petersen*

_____
H:\MHFILES\87190257\BLOMQUIST.NOD.WPD

2